UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAIL VALLEY MEDICAL CENTER )<br>)<br>and )<br>)<br>KALEIDA HEALTH, )<br>                Plaintiffs, )<br>)<br>vs. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. Department of Health and )<br>Human Services, )<br>)<br>                Defendant. )<br>) | Civil Action No. _____ |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of any plaintiffs which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                                                          Attorney of Record

                                                                          */s/ Christopher L. Crosswhite*

                                                                          Christopher L. Crosswhite
                                                                          D.C. Bar No. 450927
                                                                          DUANE MORRIS LLP
                                                                          505 9th Street, N.W., Suite 1000
                                                                          Washington, DC 20004-2166
                                                                          (202) 776-7846 (phone)
                                                                          (202) 776-7801 (fax)

Date: June 2, 2008