IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VAIL VALLEY MEDICAL CENTER, and KALEIDA HEALTH,<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:08-CV-00942 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Undersigned counsel, Kyle R. Freeny, hereby enters her appearance as counsel for the defendant in the above-captioned case.

Dated: June 26, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Branch Director, Federal Programs Branch

By:   /s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:  (202) 616-8202
Email:  Kyle.Freeny@usdoj.gov
*Counsel for Defendants*