IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAIL VALLEY MEDICAL CENTER, and KALEIDA HEALTH,  Plaintiffs,  v.  MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:08-CV-00942 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, hereby files with this Notice the Administrative Record for this action, too voluminous to be filed on the electronic record. A certified paper copy and an electronic copy are being filed with the Clerk's Office. This filing includes the proceedings before the Provider Reimbursement Review Board (3 volumes or 1 CD-ROM) and the partial rulemaking record (4 volumes or 1 CD-ROM). The Record is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Dated: August 11, 2008                             Respectfully submitted,

                                                   GREGORY G. KATSAS
                                                   Assistant Attorney General

                                                   JEFFREY A. TAYLOR
                                                   United States Attorney

SHEILA LIEBER
Deputy Director, Federal Programs Branch

/s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:   (202) 616-8202
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAIL VALLEY MEDICAL CENTER, and KALEIDA HEALTH,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br><br>Defendant. | Civil Action No. 1:08-CV-00942 (RMU) |

**CERTIFICATE OF SERVICE**

Undersigned counsel, Kyle R. Freeny, hereby certifies that on or about August 11, 2008, a copy of the record of the proceedings before the Provider Reimbursement Review Board (3 volumes, 1 CD-ROM) and a copy of the partial rulemaking record (1 CD-ROM) were sent via U.S. mail to:

Christopher Crosswhite
DUANE MORRIS LLP
505 9th Street N.W., Suite 1000
Washington, D.C. 20004-2166

      /s/ Kyle R. Freeny
KYLE R. FREENY
Counsel for Defendants