## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| VAIL VALLEY MEDICAL CENTER, and | ) | |
| KALEIDA HEALTH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-CV-00942 (RMU) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, | ) | |
| United States Department of Health and | ) | |
| Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, hereby files with this Notice the Administrative Record for this action, too voluminous to be filed on the electronic record. A certified paper copy and an electronic copy are being filed with the Clerk's Office. This filing includes the proceedings before the Provider Reimbursement Review Board (3 volumes or 1 CD-ROM) and the partial rulemaking record (4 volumes or 1 CD-ROM). The Record is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Dated: August 11, 2008                Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Director, Federal Programs Branch

/s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:   (202) 616-8202
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

VAIL VALLEY MEDICAL CENTER, and )
KALEIDA HEALTH, )
                              )
                              )
     Plaintiffs, )
                              )
            v. )     Civil Action No. 1:08-CV-00942 (RMU)
                              )
MICHAEL O. LEAVITT, Secretary, )
United States Department of Health and )
Human Services, )
                              )
     Defendant. )
_____ )

**CERTIFICATE OF SERVICE**

Undersigned counsel, Kyle R. Freeny, hereby certifies that on or about August 11, 2008, a

copy of the record of the proceedings before the Provider Reimbursement Review Board (3

volumes, 1 CD-ROM) and a copy of the partial rulemaking record (1 CD-ROM) were sent via

U.S. mail to:


    Christopher Crosswhite
    DUANE MORRIS LLP
    505 9th Street N.W., Suite 1000
    Washington, D.C. 20004-2166


                                    /s/ Kyle R. Freeny
                                    KYLE R. FREENY
                                    Counsel for Defendants