IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAIL VALLEY MEDICAL CENTER, and KALEIDA HEALTH,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br><br>    Defendant. | Civil Action No. 1:08-CV-00942 (RMU) |

## JOINT STATUS REPORT

Counsel for all parties in the above-captioned action, having conferred, hereby file this joint status report. Defendant Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services ("Secretary"), answered plaintiffs' Complaint on August 11, 2008, see Docket Entry 5, filing a copy of the administrative record therewith, see Docket Entry 7. The parties deem this case suitable for disposition on cross-motions for summary judgment.[1] However, because ultimate disposition of this case turns on the same issues presently being briefed before this Court in three other consolidated actions – Caritas Medical Ctr. et al. v. Leavitt, No. 07-CV-01889 (RMU), Baptist Memorial Hospital - Mississippi County, Inc. v. Leavitt, No. 07-cv-2197 (RMU), and Chippewa Valley Hospital & Oakview Care Center, Inc. v. Leavitt, No. 07-cv-2329 (RMU) (collectively, "Caritas") – the parties propose that proceedings in the instant case be stayed pending a decision in those actions.

---

[1] Because this action involves a legal challenge to rulemaking by the Secretary, the parties do not propose settlement discussions before a Magistrate Judge at this time.

Counsel for all parties to this action have conferred on the matter and contemporaneously with this report are filing a joint motion to stay these proceedings pending a decision in <u>Caritas</u>.

Dated: August 22, 2008                         Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
SHEILA LIEBER
Deputy Director, Federal Programs Branch

 /s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
(202) 514-5108 (phone)
(202) 616-8202 (fax)
Email:  Kyle.Freeny@usdoj.gov
*Counsel for Defendant*

 /s/ Christopher L. Crosswhite
CHRISTOPHER L. CROSSWHITE
D.C. Bar No. 450927
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
(202) 776-7846 (phone)
(202) 776-7801 (fax)

Joanne B. Erde, P.A.
DUANE MORRIS LLP
200 S. Biscayne Boulevard
Suite 3400
Miami, FL 33131
(305) 960-2218
*Counsel for Plaintiffs*