IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAIL VALLEY MEDICAL CENTER, and KALEIDA HEALTH, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:08-CV-00942 (RMU) |

## JOINT MOTION TO STAY PROCEEDINGS

All parties, by and through undersigned counsel, hereby move to stay the proceedings in this case pending a final decision in Caritas Medical Ctr. et al. v. Leavitt, No. 07-CV-01889 (RMU), Baptist Memorial Hospital - Mississippi County, Inc. v. Leavitt, No. 07-cv-2197 (RMU), and Chippewa Valley Hospital & Oakview Care Center, Inc. v. Leavitt, No. 07-cv-2329 (RMU) (collectively, "Caritas").  The ultimate disposition of this action will turn on the very same legal question at issue in Caritas – namely, whether the Secretary of the U.S. Department of Health and Human Resources properly applied the "blend rate" methodology to calculate Medicare payments for certain outpatient services funished between January 1, 1999 and July 31, 2000. Briefing is already under way in the Caritas cases, which were consolidated for purposes of briefing and hearing on cross-motions for summary judgment, and briefing is scheduled to be completed in those cases on November 3, 2008.

This Court undoubtedly has the authority to stay proceedings in the above-captioned case: "The power to stay proceedings is incidental to the power inherent in every court to control the

disposition of the causes on its docket with economy of time and effort for itself, for counsel, and

for litigants." Bledsoe v. Crowley, 849 F.2d 639, 645 (D.C. Cir. 1988), quoting Landis v. N.

Am. Co., 299 U.S. 248, 254 (1936).  A stay would prevent duplicative presentation of the same

legal arguments already before the Court in Caritas.  See Fairview Hosp. v. Leavitt, No. 05-1065

(RWR), 2007 WL 1521233, at *2-3 (D.D.C. May 22, 2007).  Because a stay would conserve the

resources of both the parties and the Court, a stay is warranted pending a decision on the cross-

motions for summary judgment in Caritas.


Dated: August 22, 2008                          Respectfully submitted,

                                                GREGORY G. KATSAS
                                                Assistant Attorney General
                                                JEFFREY A. TAYLOR
                                                United States Attorney
                                                SHEILA LIEBER
                                                Deputy Director, Federal Programs Branch

                                                 /s/ Kyle R. Freeny
                                                KYLE R. FREENY (California Bar # 247857)
                                                Trial Attorney, Federal Programs Branch
                                                U.S. Department of Justice, Civil Division
                                                P.O. Box 883, Washington, DC  20044
                                                (202) 514-5108 (phone)
                                                (202) 616-8202 (fax)
                                                Email:  Kyle.Freeny@usdoj.gov

                                                *Counsel for Defendant*

                                                 /s/ Christopher L. Crosswhite
                                                CHRISTOPHER L. CROSSWHITE
                                                D.C. Bar No. 450927
                                                DUANE MORRIS LLP
                                                505 9th Street, N.W., Suite 1000
                                                Washington, DC 20004-2166
                                                (202) 776-7846 (phone)
                                                (202) 776-7801 (fax)

Joanne B. Erde, P.A.
DUANE MORRIS LLP
200 S. Biscayne Boulevard
Suite 3400
Miami, FL 33131
(305) 960-2218

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| VAIL VALLEY MEDICAL CENTER, and ) | |
| KALEIDA HEALTH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-CV-00942 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| United States Department of Health and ) | |
| Human Services, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Motion to Stay Proceedings, it is hereby:

ORDERED that the Joint Motion to Stay Proceedings is GRANTED; and it is

ORDERED that the proceedings in the above-captioned action are stayed until this Court

rules on the cross-motions for summary judgment pending in Caritas Medical Ctr. et al. v.

Leavitt, No. 07-CV-01889 (RMU), Baptist Memorial Hospital - Mississippi County, Inc. v.

Leavitt, No. 07-cv-2197 (RMU), and Chippewa Valley Hospital & Oakview Care Center, Inc. v.

Leavitt, No. 07-cv-2329 (RMU) (collectively, "Caritas"); and it is

FURTHER ORDERED that within 60 days after the Court's ruling on the parties'

cross-motions for summary judgment in Caritas, the parties to this action shall submit a status

report to the Court addressing the need for any further proceedings in this action or for

continuance of the stay, or alternatively, a stipulation of dismissal.

SO ORDERED, this _____ day of _____, 2008.


_____
The Honorable Ricardo M. Urbina
United States District Judge